UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ARENT FOX LLP, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| MCBG, LLC, CHET LEMON & GIGI LEMON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

**TO:  United States District Court, Southern District of New York.**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S. C. §§ 1332, 1441, and 1446, Defendant, Gigi Lemon, by and through her undersigned attorneys, hereby removes this action to the United States District Court for the Southern District of New York.  Defendant, Gigi Lemon, respectfully states the following as grounds for removing this action:

1. Removing party is a defendant in this action.

2. On September 14, 2017, this action was commenced against removing party in Supreme Court of the State of New York, County of New York, and is pending in that court.

3. On January 19, 2018, removing party was served with a summons and complaint at 38150 Timberlane Drive, Umatilla, Florida, 33446, by personal service, in the County of Lake, State of New York. This Notice is filed within 30 days after such service.

4. The amount in controversy, exclusive of interest and costs, exceeds $75,000.

5. Plaintiff is a citizen and resident of the State of New York, and defendant is a citizen

and resident of the State of Florida.

6.      By removing this action, Defendant does not waive any rights, claims or defenses. Defendant expressly preserves her right to assert any and all jurisdictional or other defenses.

7.      Copies of all process, pleadings, and orders served on removing party in this action are attached as Exhibits to this Notice of Removal.

THEREFORE, removing party requests that this action be removed from the Supreme Court of the State of New York, County of New York, to this court.

Dated: February 20, 2018.

/s/ Cynthia G. Crider
CYNTHIA G. CRIDER, ESQUIRE
Florida Bar No. 0101491
BOYETTE, CUMMINS & NAILOS, PLLC
1635 E. Highway 50, Suite 300
Clermont, FL 34711
Tel: (352) 394-2103
Fax: (352) 394-2105
Email: ccrider@bcnlawfirm.com
Secondary: aguernsey@bcnlawfirm.com
Attorneys for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed electronically and was sent by E-Mail from the New York Courts' E-Filing Portal system, unless otherwise noted below, on this 20th day of February, 2018, to: **Michael S. Cryan, Esquire,** Arent Fox, LLP, 1675 Broadway, New York, NY 10019-5874.

/s/ Cynthia G. Crider
CYNTHIA G. CRIDER, ESQUIRE
Florida Bar No. 0101491

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM    INDEX NO. 655850/2017
NYSCEF DOC. NO. 1                                   RECEIVED NYSCEF: 09/14/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ARENT FOX LLP,

                          Plaintiff,

        -against-

MCBG, LLC, CHET LEMON & GIGI LEMON,

                          Defendants.

Index No.          /2017

Date Purchased: 09/ /2017

**SUMMONS**

Plaintiff Designates
New York County
as the Place of Trial

The Basis of the Venue is
Pursuant to CPLR 501

**TO THE ABOVE-NAMED DEFENDANTS**:

**YOU ARE HEREBY SUMMONED** to answer the Verified Complaint in this action
and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve
a notice of appearance, on the Plaintiffs' Attorneys within twenty (20) days after the service of
this summons, exclusive of the day of service, or within thirty (30) days after the service is
complete if this summons was not personally delivered to you within the State of New York. In
case of your failure to appear or answer, judgment will be taken against you by default for the
relief demanded in the Verified Complaint.

Dated: New York, New York
       September 14, 2017

ARENT FOX LLP

By: _____
        Michael S. Cryan
        1675 Broadway
        New York, NY 10019-5874
        Tel: (212) 484-3900
        Fax: (212) 484-3990
        *Attorneys for Plaintiff*
        *Arent Fox LLP*

DEFENDANTS NAME AND ADDRESSES

MCBG, LLC
124 Lincoln Avenue
Albany, New York 12205 (Continue on Pg. 2)

INDEX NO. 655850/2017

RECEIVED NYSCEF: 09/14/2017

Case 1:18-cv-01550 Document 1 Filed 02/20/18 Page 4 of 81

MCBG, LLC
1544 Lane Park Cutoff Road
Tavares, Florida 32778

CHET LEMON
1544 Lane Park Cutoff Road
Tavares, Florida 32778

GIGI LEMON
1544 Lane Park Cutoff Road
Tavares, Florida 32778

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

|  |  |
|---|---|
| ARENT FOX LLP,<br><br>        Plaintiff,<br><br>    -against-<br><br>MCBG, LLC, CHET LEMON & GIGI LEMON,<br><br>        Defendants. | INDEX NO.<br><br>**VERIFIED COMPLAINT** |

Plaintiff Arent Fox LLP ("Arent Fox"), by its undersigned counsel, as for its Complaint against defendants, MCBG, LLC, Chet Lemon and Gigi Lemon (collectively, "Defendants"), respectfully alleges the following:

### NATURE OF THE ACTION

1.    This is an action by the Arent Fox law firm to recover attorneys' fees and expenses due and owing by its former clients Defendants based on Arent Fox's representation of them with respect to negotiating the terms of a loan forbearance with Comerica Bank. Arent Fox provided legal services to Defendants. Defendants never complained about any of Arent Fox's services and never timely objected to any invoice or charge of any kind. Defendants have simply failed and refused to pay for $104,322 in fees and expenses plus interest due and owing.

2.    Arent Fox has therefore been forced to resort to this Court to recover the $104,322 in fees and expenses plus interest due and owing, together with costs. Defendants have no excuse for their failure and refusal to pay the bills and no valid defense to this action to collect them.

AFDOCS/14341255.1

## PARTIES

3. Plaintiff Arent Fox is a District of Columbia limited liability partnership with an office at 1675 Broadway, New York, New York 10019.

4. Upon information and belief, defendant MCBG, LLC is a New York domestic limited liability company with its principal place of business at 124 Lincoln Avenue, Albany, New York 12205, and an address at 1544 Lane Park Cutoff Road, Tavares, Florida 32778.

5. Upon information and belief, defendant Chet Lemon is an individual residing in Florida with an address at 1544 Lane Park Cutoff Road, Tavares, Florida 32778.

6. Upon information and belief, defendant Gigi Lemon is an individual residing in Florida with an address at 1544 Lane Park Cutoff Road, Tavares, Florida 32778.

## JURISDICTION AND VENUE

7. Venue is premised upon CPLR 501, as the written agreement provides for venue in this County.

8. Jurisdiction is proper pursuant to New York Constitution article VI, § 1.

## STATEMENT OF FACTS

### The Engagement Agreement

9. On June 23, 2014, Defendants each entered into the written Engagement Agreement with Arent Fox. (A true and correct copy of the Engagement Agreement is attached hereto as Ex. A.)

10. The Managing Member of defendant MCBG, LLC, Gigi Lemon, signed the Engagement Agreement on behalf of MCBG, LLC. (Engagement (Ex. A) at 2.)

11. Defendant Chet Lemon signed the Engagement Agreement in his individual capacity. (Engagement (Ex. A) at 2.)

AFDOCS/14341255.1

2

Case 1:18-cv-01550   Document 1   Filed 02/20/18   Page 7 of 81

12.   Defendant Gigi Lemon signed the Engagement Agreement in her individual capacity. (Engagement (Ex. A) at 2.)

13.   The Engagement Agreement (Ex. A) specifically sets forth the terms of the parties' agreement, including: (1) the specific scope of the legal services (*id.* at 1 ("to provide you services in connection with negotiating and finalizing terms of a loan forbearance with Comerica Bank"); (2) a list of the billing rate ranges for Arent Fox attorneys and other professionals (*id.*); (3) expenses that may be incurred, to be reimbursed by Defendants (*id.* at 3 ("toll calls, travel, facsimile, central word processing, LEXIS/WESTLAW and other computer database uses, duplicating, messengers, secretarial overtime, and transcripts"); (4) an explanation of the firm's billing practices, such as sending statements, typically monthly, containing the fees and expenses incurred in the previous month, and the firm's right to impose interest on balances outstanding for more than 30 days (*id.* ("interest on overdue amounts at the rate of 1% per month (12% Annual Percentage Rate) … If statements are not paid within 30 days after the invoice date"); (5) an explanation that Defendants is free to terminate the attorney-client relationship at any time, and that Arent Fox would withdraw in compliance with applicable law (*id.* at 3); and (6) an agreement to waive certain conflicts of interest (*id.* at 4).

**Defendants' Business**

14.   Upon information and belief, defendants Chet and Gigi Lemon own and operate MCBG, LLC.

15.   Upon information and belief, Defendants are engaged in the business of owning and operating a community center and sports training facility located in Tavares, Florida (which is 20 miles north of Orlando) called "The Big House."

AFDOCS/14341255.1                    3

5 of 12

### Arent Fox Provides Legal Services to Defendants

16.     At the specific instance and request of Defendants, Arent Fox began performing legal services for Defendants on or about June 23, 2014, as evidenced by the Arent Fox Invoices. (A true and correct copy of the Invoices is attached hereto as Ex. B.)

17.     Arent Fox continued performing legal services for Defendants at the specific instance and request of Defendants until on or about September 21, 2015. *Id.*

### Arent Fox Sends Defendants Detailed Invoices

18.     Arent Fox sent detailed Invoices (attached hereto as Ex. B) to Defendants on a regular basis in the course of its business.

19.     Arent Fox sent Invoices to Defendants using regular mailing procedures.

20.     Throughout the course of the representation, Arent Fox regularly sent the detailed Invoices to Defendants.

21.     Each Invoice identifies the date of service, the attorney who performed each service, the service performed by the attorney, the amount of time spent by the attorney, the fee assessed for each block of service performed, and the expenses.

22.     Arent Fox prepared an envelope after finalization of each Invoice, mailed the Invoice by first class mail, to MCBG, LLC, Chet and Gigi Lemon at their address (1544 Lane Park Cutoff Road, Tavares, Florida 32778).

23.     The Post Office never returned any of the Invoices.

24.     Arent Fox has no reason to believe that Defendants did not receive the Invoices.

25.     The total amount in fees and expenses of the Invoices (Ex. B) was $119,322.

26.     Defendants made partial payment by making a payment to Arent Fox in the total amount of $15,000, which amount has been deducted and is not being sought in this action.

AFDOCS/14341255.1                                4

27.     Of the total amount of $119,322 billed to Defendants, $104,322 in fees and expenses plus interest remain due and owing.

**Defendants Retained the Arent Fox Invoices Without Objection**

28.     As detailed above, Defendants retained the Arent Fox Invoices (Ex. B) without objection.

**Defendants Made Partial Payment on the Arent Fox Invoices**

29.     Defendants made partial payment of the Invoices by paying $15,000.

30.     Arent Fox has deducted the $15,000 partial payment from the total amount in fees and expenses of the Invoices (Ex. B) of $119,322, such that $104,322 in fees and expenses plus interest remain due and owing.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

31.     Arent Fox repeats and realleges each and every allegation set forth in paragraphs 1 through 30 as if set forth at length herein.

32.     At all relevant times, Arent Fox had a valid, existing, and enforceable contractual relationship with Defendants pursuant to the Engagement Agreement (Ex. A).

33.     Arent Fox fully performed under the Engagement Agreement.

34.     Defendants have breached their express duties under the Engagement Agreement by failing to pay for $104,322 in fees and expenses plus interest due and owing to Arent Fox.

35.     Arent Fox has demanded that Defendants make all payments due and owing.

36.     Despite due demand, Defendants failed to make all payments due and owing.

AFDOCS/14341255.1                                 5

37.     Arent Fox has sustained damages due to Defendants' failure to pay fees and expenses due and owing to Arent Fox in the amount of $104,322 plus interest, costs and attorney's fees, plus such additional damages as will be proven at trial.

38.     Accordingly, Defendants are liable to Arent Fox in an amount to be determined at trial, plus interest accrued and continuing to accrue thereon, attorney's fees, and collection costs.

## SECOND CAUSE OF ACTION

### (Account Stated)

39.     Arent Fox repeats and realleges each and every allegation set forth in paragraphs 1 through 38 as if set forth at length herein.

40.     At all relevant times, Arent Fox sent detailed invoices (the "Invoices," attached hereto as Ex. B) to Defendants on a regular basis in the course of its business.

41.     Arent Fox provided services and incurred expenses at the instance and request and for the benefit of Defendants.

42.     The Invoices rendered by Arent Fox to Defendants included the date of service, the attorney who performed each service, the service performed by the attorney, the amount of time spent by the attorney, the fee assessed for each block of service performed, and the expenses.

43.     Defendants received the Invoices rendered by Arent Fox.

44.     Defendants retained the Invoices rendered by Arent Fox.

45.     Defendants never objected to the Invoices rendered by Arent Fox.

46.     Defendants acknowledged the amounts in the Invoices were due and owing to Arent Fox by receiving and retaining the Invoices without objection.

47.     Defendants made partial payment of the Invoices by paying $15,000.

AFDOCS/14341255.1                                            6

Case 1:18-cv-01550  Document 1  Filed 02/20/18  Page 11 of 81

48.     Arent Fox has deducted the $15,000 partial payment from the total amount in fees and expenses of the Invoices (Ex. B) of $119,322, such that $104,322 in fees and expenses plus interest remain due and owing.

49.     Accordingly an account was stated between Arent Fox and Defendants in the amount of $104,322 plus interest pursuant to the Invoices (Ex. B).

50.     By reason of the foregoing, Defendants waived any objection to their indebtedness to Arent Fox representing the unpaid amounts reflected in the Invoices, plus interest accrued and continuing to accrue thereon, attorney's fees, and collection costs.

51.     Accordingly, Defendants are liable to Arent Fox in an amount to be determined at trial, plus interest accrued and continuing to accrue thereon, attorney's fees, and collection costs.

### THIRD CAUSE OF ACTION

#### (Quantum Meruit)

52.     Arent Fox repeats and realleges each and every allegation set forth in paragraphs 1 through 30 as if set forth at length herein.

53.     Arent Fox repeats and realleges each and every allegation set forth in paragraphs 1 through 64 as if set forth at length herein.

54.     Defendants were enriched by receiving and accepting the performance of Arent Fox as reflected on the Invoices.

55.     Defendants' enrichment was at the expense of Arent Fox.

56.     It is against equity and good conscience to permit Defendants to retain what is sought to be recovered.

57.     Arent Fox sustained damages in the amount of $104,322 plus interest, costs and attorney's fees, plus such additional damages as will be proven at trial.

AFDOCS/14341255.1                                   7

58.     Accordingly, Defendants are liable to Arent Fox in an amount to be determined at
trial, plus interest accrued and continuing to accrue thereon, attorney's fees, and collection costs.

## FOURTH CAUSE OF ACTION

### (Unjust Enrichment)

59.     Arent Fox repeats and realleges each and every allegation set forth in paragraphs
1 through 30 as if set forth at length herein.

60.     Defendants were enriched by receiving and accepting the performance of Arent
Fox as reflected on the Invoices.

61.     Defendants' enrichment was at the expense of Arent Fox.

62.     It is against equity and good conscience to permit Defendants to retain what is
sought to be recovered.

63.     Arent Fox sustained damages in the amount of $104,322 plus interest, costs and
attorney's fees, plus such additional damages as will be proven at trial.

64.     Accordingly, Defendants are liable to Arent Fox in an amount to be determined at
trial, plus interest accrued and continuing to accrue thereon, attorney's fees, and collection costs.

## FIFTH CAUSE OF ACTION

### (Promissory Estoppel)

65.     Arent Fox repeats and realleges each and every allegation set forth in paragraphs
1 through 30 as if set forth at length herein.

66.     Defendants were enriched by receiving and accepting the performance of Arent
Fox as reflected on the Invoices.

67.     Defendants made a clear and unambiguous promise to pay Arent Fox for the
services reflected on the Invoices.

AFDOCS/14341255.1                          8

68.    Arent Fox reasonably and foreseeably relied on Defendants' promise to pay Arent Fox for the services reflected on the Invoices.

69.    Arent Fox sustained injury due to its reliance on Defendants' promise to pay Arent Fox for the services reflected on the Invoices.

70.    Arent Fox sustained damages in the amount of $104,322 plus interest, costs and attorney's fees, plus such additional damages as will be proven at trial.

71.    Accordingly, Defendants are liable to Arent Fox in an amount to be determined at trial, plus interest accrued and continuing to accrue thereon, attorney's fees, and collection costs.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Arent Fox requests this Court enter judgment in favor of Plaintiff Arent Fox and against Defendants:

a.    Awarding damages against Defendants, and each of them, jointly and separately, in the amount of $104,322 plus interest from October 30, 2015 to the date of judgment;

b.    Awarding post-judgment interest, costs, and disbursements of this action, including reasonable attorney's fees; and

c.    Granting such other and further relief as this Court may deem just and proper.

Dated: September 14, 2017                Respectfully submitted,

Arent Fox LLP
1675 Broadway
New York, NY 10019-5874
(212) 484-3900

By:_____

Michael S. Cryan
*Attorneys for Plaintiff*
*Arent Fox LLP*

AFDOCS/14341255.1                  9

VERIFICATION

Mark S. Fawer, being duly sworn, deposes and says:

I am a Partner of Arent Fox LLP, Plaintiff in this action. I submit this verification on behalf of Plaintiff. I have read the forgoing Verified Complaint and the exhibits annexed thereto and know the contents to be true based on my own personal knowledge, except as to those matters alleged on information and belief. As to those matters, I believe them to be true. The basis of my knowledge is my personal knowledge of this matter, review of the files and the contract between Plaintiff and Defendants.

Mark S. Fawer

Sworn to before me this
13 day of September 2017

Notary Public

Michael S. Cryan
Notary Public, State of New York
No. 02CR5063380
Qualified in New York County
Commission Expires September 26, 2018

AFDOCS/14341255.1

INDEX NO. 655850/2017
NYSCEF DOC. NO. 2
RECEIVED NYSCEF: 09/14/2017

# EXHIBIT A

Arent Fox LLP / New York, NY / Washington, DC / Los Angeles, CA

# Arent Fox

June 23, 2014

MCBG, LLC
Chet and Gigi Lemon
1544 Lane Park Cutoff
Tavares, FL 32778

*035901*

**Matthew D. Pace**
Attorney
212.484.3954 DIRECT
212.484.3990 FAX
pace.matthew@arentfox.com

Re:    Engagement Letter

Dear Chet and Gigi:

This letter describes the terms on which Arent Fox LLP (the **Firm**, **we** or **us**) has agreed to provide legal services to Chet and Gigi Lemon and MCBG, LLC (collectively, the **Client** or **you**). Our internal policies require us to provide you with a written statement of the terms on which you have engaged us and on which we have agreed to provide legal services to you.

## Description of Engagement

Our initial engagement shall be to provide you services in connection with negotiating and finalizing the terms of a loan forbearance with Comerica Bank. Our engagement includes any services in connection with this matter which we may have undertaken prior to the date of this letter. The scope of our engagement under this letter may be enlarged from time to time as you ask us to perform additional services and we agree to perform such additional services. No additional written agreement will be required to document these periodic changes.

## Description of Basis for Legal fees

We charge for legal services on the basis of the time devoted to your matters by our professional staff in performing the services. I will supervise your matters directly and my hourly billing rate is $750. I anticipate that we will use associates and other lawyers, as appropriate, to take advantage of expertise and lower rates. Our hourly rates for attorneys and other professionals likely to be involved in your matter presently range from $300 to $900. These rates may be adjusted from time to time, typically at the end of each calendar year.

## Retainer Arrangements

We will require a retainer of $15,000 to undertake this representation. $5,000 is payable upon signing of this letter agreement, $5,000 will be due and payable on or before July 7, 2014 and the balance will be due on or before July 21, 2014. The retainer will be applied against our statements to you. When the retainer is exhausted, you will be expected to pay all additional

AFDOCS/11088210.1

SMART IN YOUR WORLD®

1675 Broadway
New York, NY 10019-5820
T 212.484.3900   F 212.484.3990

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000   F 202.857.6395

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400   F 213.629.7401

statements promptly. If you do not pay the statements when they are due, we may require you to replenish the retainer back to its original level and maintain it at that level, as a condition of continuing to perform legal services for you.

**General provisions**

The provisions attached to this letter and entitled "General Provisions" are incorporated into this letter with the same effect as if they were expressly set forth in this letter.

If you have any questions about this letter, please do not hesitate to call to discuss them before countersigning this letter. If you do wish to proceed, please sign the enclosed copy of this letter and return it to me, together with the retainer check or wire transfer for $5,000, to confirm your agreement to the terms of our engagement. We look forward to working with you.

Very truly yours,

Arent Fox LLP


Matthew D. Pace


Agreed:

MCBG, LLC

By:
Title:

Chet Lemon

Gigi Lemon

## GENERAL PROVISIONS

### Description of Basis for charges other than legal fees

In addition to fees, you will be responsible to reimburse us for third-party costs incurred on your behalf and to pay our customary charges for various services such as toll calls, travel, facsimile, central word processing, LEXIS/WESTLAW and other computer database uses, duplicating, messengers, secretarial overtime, and transcripts, if applicable. In some cases, our customary charges for these services exceed the direct costs incurred by us in providing these services.

### Billing and Payment Procedures

Our statements will be rendered periodically, typically monthly. Charges for expenses will be based on information available to us at the time the statements are rendered. In appropriate cases, the statements may include estimated charges for expenses, in which event the estimates will be reconciled when final information becomes available.

Our statements are payable upon receipt. Prompt payment is a requirement for our continued representation. If statements are not paid within 30 days after the invoice date, we retain the right to charge interest on overdue amounts at the rate of 1% per month (12% Annual Percentage Rate). In the unfortunate event that we are forced to incur collection costs to obtain payment, you also will be responsible for the collection costs, including reasonable attorneys' fees. You acknowledge and agree that we have a retaining lien on your files to secure payment of our statements to the fullest extent permitted by applicable law and rules of professional conduct.

### Termination of Representation

### Your Right to Terminate Representation

You have the right to terminate our representation at any time. If you do so, you will be responsible for the fees and charges incurred in connection with our representation up to the termination, and for the fees and charges to transfer the work to another attorney. These charges will include the copying costs necessary to create a duplicate set of files, if we elect to retain one for our records.

### Our Right to Terminate Representation

We may also terminate our representation of you for any reason consistent with the rules of professional conduct, including non-payment of fees and charges.

### Conclusion of Our Representation

At any time there are no active matters in which we are representing you, you will be considered a former, rather than a current, client of ours, unless and until you ask us to perform additional services and we agree to perform such additional services. If you become a former client, we will be entitled, under applicable rules of professional conduct, to undertake representations

AFDOCS/11088210.1

adverse to you in matters that are not the same as, or substantially related to, any matter in which we have represented you. However, under no circumstances will we, in the course of representing any other client, use or disclose any confidential, non-public information that we have obtained as a result of any representation of you.

### Limitation on our Obligations

You agree that our acceptance of this engagement does not involve an undertaking to represent you or your interests in any matter other than that described under the paragraph entitled "Description of Engagement." You also agree that our representation does not entail a continuing obligation to advise you concerning legal developments that arise after we have completed an assignment for you, even if the developments affect a matter in which we have represented you.

### Advance Clearance of Conflicts of Interest

You are aware that we represent many other companies and individuals. It is possible that some of our existing or future other clients will have disputes with you (or your affiliates) or engage in transactions with you (or your affiliates) during the time that we are representing you. Therefore, as a condition to our agreement to undertake the representation of you, you have agreed that, without further notice to you, we may continue to represent or may undertake in the future to represent existing or new clients in any matter that is not the same as, or substantially related to, any matter in which we represent you, even if the interests of the other clients in those other matters (or in the matters in which we represent you) are directly adverse to you (or your affiliates). Of course, under no circumstances will we, in the course of representing any other client, use or disclose any confidential, non-public information that we have obtained as a result of our representation of you. You recognize that the agreement in this paragraph is an essential condition of our representation of you and you therefore agree that it cannot be terminated without our written consent.

### Affiliates

If you are an entity that has affiliates, we and you agree that only you will be our client and we will not be regarded as representing any affiliate of yours unless and until we enter into a separate written engagement letter with it.

### Non-lawyer professionals

Some of our services may be provided by non-lawyer professionals (such as government relations directors). You should be aware that communications between you and a non-lawyer professional may not be covered by the attorney-client privilege even if the same communication would be protected by that privilege if made between you and an attorney.

AFDOCS/11088210.1

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM          INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                          RECEIVED NYSCEF: 09/14/2017

# EXHIBIT B

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20036-5342
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                          Invoice Number 1543877
MCBG, LLC                                    Invoice Date   08/28/14
1544 Lane Park Cutoff                        Client Number  035901
Tavares, FL 32778                            Matter Number  00001
Attn: Gigi Lemon

--------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 31 JULY 2014

| Date | Timekeeper | | Description | Hours | Value |
|------|-----------|--|-------------|-------|-------|
| 07/07/14 | RM | WILLIAMS | Review transaction documents; Call to and with M. Fawer re: review and markup of forbearance agreement | 1.6 | 664.00 |
| 07/09/14 | MS | FAWER | Review Forbearance Agreement; confer with R. Williams. | .7 | 535.50 |
| 07/09/14 | RM | WILLIAMS | Office correspondence with M. Fawer re: forbearance agreement | .3 | 124.50 |
| 07/10/14 | RM | WILLIAMS | Review and provide comments to forbearance agreement | 2.6 | 1,079.00 |
| 07/11/14 | RM | WILLIAMS | Review and mark up forbearance agreement; Office correspondence with M. Pace re: same; Forward mark up to M. Fawer and M. Pace | 5.6 | 2,324.00 |
| 07/11/14 | MS | FAWER | Conference with M. Pace. | .2 | 153.00 |
| 07/14/14 | MD | PACE | Review forbearance agreement | 2.0 | 1,500.00 |
| 07/15/14 | RM | WILLIAMS | Review Building Loan Agreement; Email correspondence and call with M. Fawer and M. Pace re: revisions to forbearance agreement; Begin revising loan forbearance agreement | 1.4 | 581.00 |
| 07/15/14 | MS | FAWER | Conference call with G. Lemon and M. Pace; attention to response to Forbearance Agreement. | .8 | 612.00 |
| 07/15/14 | MD | PACE | Review issues and call with client | 1.5 | 1,125.00 |
| 07/16/14 | MS | FAWER | Revise Forbearance Agreement. | .5 | 382.50 |
| 07/16/14 | RM | WILLIAMS | Revise Forbearance Agreement and forward to M. Fawer and M. Pace | 1.3 | 539.50 |
| 07/16/14 | MD | PACE | Review and revise forbearance agreement | 3.0 | 2,250.00 |
| 07/17/14 | RM | WILLIAMS | Review revised Forbearance Agreement | .1 | 41.50 |

```
035901  Lemon, Chet and Gigi                        Invoice Number 1543877
00001   Comerica Bank                               Page      2
28 AUGUST 2014
```

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 07/18/14 | MD PACE | Revise and distribute forbearance agreement | .5 | 375.00 |
| 07/28/14 | MD PACE | Coordination for call with Comerica and discussions with MFawer | .5 | 375.00 |
| 07/30/14 | MS FAWER | Telephone call with Bank's counsel and M. Pace. | .3 | 229.50 |
| 07/30/14 | MD PACE | Call with Comerica Bank lawyer and related discussions with Mark Fawer | 1.0 | 750.00 |
| 07/31/14 | MS FAWER | Conference with M. Pace. | .2 | 153.00 |
| 07/31/14 | MD PACE | Follow up call with Chet and Gigi to discuss the call with Comerica attorneys and related discussions with Mark Fawer | .5 | 375.00 |

```
                                              -----
                              TOTAL HOURS      24.6
```

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| MARK S. FAWER | 2.7 | at $765.00 = | 2,065.50 |
| MATTHEW D. PACE | 9.0 | at $750.00 = | 6,750.00 |
| RIA M. WILLIAMS | 12.9 | at $415.00 = | 5,353.50 |
| TOTALS | 24.6 | | 14,169.00 |

```
                                                        -------------
                    CURRENT FEES                          14,169.00


FOR CHARGES:
      PROFESSIONAL SERVICE FEES - PARACORP          182.50
      INC ODEMA MANAGEMENT, INC; FILE PROFIT
      ARTICLES OF INCORPORATION, USA, CA
                                              -------------
                    TOTAL                         182.50

                                                        -------------
              CURRENT CHARGES                                182.50

              TOTAL AMOUNT OF THIS INVOICE               $14,351.50

              PRIOR BALANCE DUE                             $382.50
                                                        --------------

          TOTAL BALANCE DUE UPON RECEIPT                 $14,734.00
                                                        ==============
```

## ARENT FOX LLP

1717 K Street, NW
Washington, DC 20036-5342
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1543877
Invoice Date   08/28/14
Client Number  035901
Matter Number  00001

------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**          $14,351.50

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | PNC BANK |
| Address: | 800 17th Street NW |
| | Washington, DC 20006 |
| ABA#: | 031000053 (for Wires only) |
| ABA#: | 054000030 (for ACH only) |
| SWIFT CODE: | PNCCUS33 (for international use) |
| Account #: | 5559763933 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1717 K Street, NW |
| | Washington, DC 20036 |

Please reference the following:
Client/Matter # 035901.00001
Client Name    Lemon, Chet and Gigi
Invoice Number  1543877

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

Case 1:18-cv-01550   Document 1   Filed 02/20/18   Page 24 of 81

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

| | |
|---|---|
| Chet and Gigi Lemon | Invoice Number 1554181 |
| MCBG, LLC | Invoice Date   09/30/14 |
| 1544 Lane Park Cutoff | Client Number  035901 |
| Tavares, FL 32778 | Matter Number  00001 |
| Attn: Gigi Lemon | |

--------------------------------------------------------------------------------

RE:  Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  31 AUGUST 2014

| Date | Timekeeper | | | Hours | Value |
|---|---|---|---|---|---|
| 08/04/14 | MD | PACE | Conversation with Chet and Gigi Lemon and follow up with Mark Fawer | .5 | 375.00 |
| 08/05/14 | MS | FAWER | Conference with M. Pace. | .2 | 153.00 |
| 08/05/14 | MD | PACE | Emails with Gigi Lemon and follow up conversation with Mark Fawer | .5 | 375.00 |
| 08/06/14 | MD | PACE | Calls and emails with client; call and email with Comerica lawyer | .5 | 375.00 |
| 08/07/14 | MD | PACE | Discussion with Comerica lawyer; follow up email and discussions with client and discussions with Mark Fawer re: the same | 1.0 | 750.00 |
| 08/19/14 | MD | PACE | Call with Gigi Lemon | .4 | 300.00 |
| 08/25/14 | MD | PACE | Call with Gigi Lemon | .4 | 300.00 |
| 08/28/14 | MD | PACE | Emails with client and Comerica lawyer | .4 | 300.00 |
| | | | TOTAL HOURS | 3.9 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| MARK S. FAWER | .2 | at | $765.00 | = | 153.00 |
| MATTHEW D. PACE | 3.7 | at | $750.00 | = | 2,775.00 |
| TOTALS | 3.9 | | | | 2,928.00 |

CURRENT FEES                                                            2,928.00

INDEX NO. 655850/2017

NYSCEF DOC. NO. 3

RECEIVED NYSCEF: 09/14/2017

035901 Lemon, Chet and Gigi
00001 Comerica Bank
30 SEPTEMBER 2014

Invoice Number 1554181
Page        2

TOTAL AMOUNT OF THIS INVOICE                    $2,928.00

PRIOR BALANCE DUE                              $14,734.00
                                           ---------------

**TOTAL BALANCE DUE UPON RECEIPT**              **$17,662.00**
                                           ===============

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM          INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                           RECEIVED NYSCEF: 09/14/2017

## ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

| | |
|---|---|
| Invoice Number | 1554181 |
| Invoice Date | 09/30/14 |
| Client Number | 035901 |
| Matter Number | 00001 |

-----------------------------------------------------------------------------------

## - - REMITTANCE COPY - -
## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**                    $2,928.00

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA 15264-4672

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | PNC BANK |
| Address: | 800 17th Street NW |
| | Washington, DC 20006 |
| ABA#: | 031000053 (for Wires only) |
| ABA#: | 054000030 (for ACH only) |
| SWIFT CODE: | PNCCUS33 (for international use) |
| Account #: | 5559763933 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1717 K Street, NW |
| | Washington, DC 20006 |

Please reference the following:
Client/Matter # 035901.00001
Client Name     Lemon, Chet and Gigi
Invoice Number  1554181

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM          INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                              Invoice Number 1559279
MCBG, LLC                                        Invoice Date   10/23/14
1544 Lane Park Cutoff                            Client Number  035901
Tavares, FL 32778                                Matter Number  00001
Attn: Gigi Lemon

--------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 30 SEPTEMBER 2014

| Date | Timekeeper | | | Hours | Value |
|------|------|------|----|-------|-------|
| 08/08/14 | MD | PACE | Conversations with client; emails to Comerica and follow up | .5 | 375.00 |
| 09/10/14 | MD | PACE | Conversation with client and emails to Bank re: elevator repair | .5 | 375.00 |
| 09/17/14 | MS | FAWER | Telephone call with G. Lemon and M. Pace. | .8 | 612.00 |
| 09/17/14 | MD | PACE | Call with client to prepare for Comerica Bank call | .5 | 375.00 |
| 09/18/14 | MS | FAWER | Conference with C. Lemon, G. Lemon, M. Pace, G. Soles, A. Blankstein, et al. | 2.0 | 1,530.00 |
| 09/18/14 | MD | PACE | Call with Comerica Bank and follow up | 2.5 | 1,875.00 |
| 09/29/14 | MS | FAWER | Attention to open Forbearance Agreement issues. | .2 | 153.00 |

                                                 TOTAL HOURS    7.0

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| MARK S. FAWER | 3.0 | at $765.00 = | 2,295.00 |
| MATTHEW D. PACE | 4.0 | at $750.00 = | 3,000.00 |
| TOTALS | 7.0 | | 5,295.00 |

                     CURRENT FEES                             5,295.00

                     TOTAL AMOUNT OF THIS INVOICE             $5,295.00

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM        INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                        RECEIVED NYSCEF: 09/14/2017

035901 Lemon, Chet and Gigi                    Invoice Number 1559279
00001  Comerica Bank                           Page      2
23 OCTOBER 2014


                    PRIOR BALANCE DUE                      $17,662.00
                                                           --------------

                    TOTAL BALANCE DUE UPON RECEIPT         $22,957.00
                                                           ===============

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                              Invoice Number 1559279
MCBG, LLC                                        Invoice Date   10/23/14
1544 Lane Park Cutoff                            Client Number  035901
Tavares, FL 32778                                Matter Number  00001
Attn: Gigi Lemon

-------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**                    $5,295.00

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

Bank:                 PNC BANK
Address:              800 17th Street NW
                      Washington, DC 20006
ABA#:                 031000053 (for Wires only)
ABA#:                 054000030 (for ACH only)
SWIFT CODE:           PNCCUS33 (for international use)
Account #:            5559763933
Beneficiary Name:     Arent Fox LLP
Beneficiary Address:  1717 K Street, NW
                      Washington, DC 20006

Please reference the following:
                      Client/Matter # 035901.00001
                      Client Name    Lemon, Chet and Gigi
                      Invoice Number  1559279

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

## ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                          Invoice Number 1564369
MCBG, LLC                                     Invoice Date   11/19/14
1544 Lane Park Cutoff                         Client Number  035901
Tavares, FL 32778                             Matter Number  00001
Attn: Gigi Lemon

--------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  31 OCTOBER 2014

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 09/29/14 | MD | PACE | Call with Gigi to follow up meeting last week and update on refinancing; coordinate with MFawer response to Comerica | .5 | 375.00 |
| 10/03/14 | MS | FAWER | Review G. Soles counteroffer. | .2 | 153.00 |
| 10/03/14 | MD | PACE | Response from Comerica bank and discussion with client | .5 | 375.00 |
| 10/10/14 | MD | PACE | Response to Comerica Bank for forbearance agreement | 1.0 | 750.00 |
| 10/14/14 | MD | PACE | Various matters regarding forbearance agreement | 1.0 | 750.00 |
| 10/15/14 | MD | PACE | Forbearance agreement review and discussions | 1.5 | 1,125.00 |
| 10/16/14 | MS | FAWER | Review revised Forbearance Agreement; conference with M. Pace. | 1.2 | 918.00 |
| 10/16/14 | MD | PACE | Revise and discuss revisions to forbearance agreement | 2.5 | 1,875.00 |
| 10/17/14 | MS | FAWER | Exchange emails with M. Pace. | .2 | 153.00 |
| 10/17/14 | MD | PACE | Discussions with Comerica Lawyers; Review agreement with client and relay position to Comerica | 1.5 | 1,125.00 |
| 10/22/14 | MD | PACE | Discuss status and open issues with Gary Soles | .5 | 375.00 |
| 10/24/14 | MD | PACE | Exchange with Gary Soles re: Big House loan | .5 | 375.00 |
| 10/27/14 | MS | FAWER | Telephone call with G. Soles and M. Pace. | .5 | 382.50 |
| 10/27/14 | MD | PACE | Conference call with Gary Soles and follow up with client | 1.5 | 1,125.00 |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM                INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                              RECEIVED NYSCEF: 09/14/2017

```
035901 Lemon, Chet and Gigi                          Invoice Number 1564369
00001  Comerica Bank                                 Page      2
19 NOVEMBER 2014
```

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 10/28/14 | MD | PACE | With client re: revisions to forbearance agreement and discussions with Comerica Bank | .5 | 375.00 |
| 10/29/14 | MD | PACE | Review and discuss Comerica Forbearance Agreement with client and provide mark up to Comerica Bank with client comments | 2.0 | 1,500.00 |
| 10/30/14 | MD | PACE | Finalize forbearance agreement; discussions with client and with Comerica lawyers and Mark Fawer | 2.0 | 1,500.00 |
| 10/30/14 | MS | FAWER | Review revised Second Forbearance Agreement and confer with M. Pace with respect thereto. | .2 | 153.00 |
| 10/31/14 | MD | PACE | Closing mechanics and discussions with client and Comerica | 2.0 | 1,500.00 |

```
                                                    -----
                                     TOTAL HOURS     19.8
```

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | Value |
|-----------|-------|---|------|-------|
| MARK S. FAWER | 2.3 | at | $765.00 = | 1,759.50 |
| MATTHEW D. PACE | 17.5 | at | $750.00 = | 13,125.00 |
| | ---- | | | --------- |
| TOTALS | 19.8 | | | 14,884.50 |

```
                                                     -------------
                 CURRENT FEES                           14,884.50


                 TOTAL AMOUNT OF THIS INVOICE          $14,884.50

                 PRIOR BALANCE DUE                     $22,957.00
                                                     -------------

                 TOTAL BALANCE DUE UPON RECEIPT        $37,841.50
                                                     =============
```

## ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                               Invoice Number 1564369
MCBG, LLC                                         Invoice Date   11/19/14
1544 Lane Park Cutoff                             Client Number  035901
Tavares, FL 32778                                 Matter Number  00001
Attn: Gigi Lemon

-------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

TOTAL AMOUNT OF THIS INVOICE              $14,884.50

PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA  15264-4672

WIRING INSTRUCTIONS (if applicable):

Bank:                  PNC BANK
Address:               800 17th Street NW
                       Washington, DC 20006
ABA#:                  031000053 (for Wires only)
ABA#:                  054000030 (for ACH only)
SWIFT CODE:            PNCCUS33 (for international use)
Account #:             5559763933
Beneficiary Name:      Arent Fox LLP
Beneficiary Address:   1717 K Street, NW
                       Washington, DC 20006

Please reference the following:
                       Client/Matter # 035901.00001
                       Client Name    Lemon, Chet and Gigi
                       Invoice Number  1564369

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1568148
Invoice Date  12/31/14
Client Number  035901
Matter Number  00001

----------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 30 NOVEMBER 2014

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 11/03/14 | MD  PACE | Chet and Gigi Lemon  Post closing matters. | 1.0 | 750.00 |
| 11/04/14 | MD  PACE | Chet and Gigi Lemon  post closing matters. | .5 | 375.00 |
| 11/07/14 | MD  PACE | Post closing matters and discussion with client re: FL lawsuit. | .5 | 375.00 |
| 11/11/14 | MD  PACE | Post-closing matters. | .5 | 375.00 |
| 11/25/14 | MD  PACE | Comerica disclosures and emails with the client. | .3 | 225.00 |
| | | TOTAL HOURS | 2.8 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| MATTHEW D. PACE | 2.8 | at  $750.00 = | 2,100.00 |
| TOTALS | 2.8 | | 2,100.00 |

CURRENT FEES                          2,100.00

TOTAL AMOUNT OF THIS INVOICE          $2,100.00

PRIOR BALANCE DUE                     $37,841.50

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM    INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                        RECEIVED NYSCEF: 09/14/2017

035901 Lemon, Chet and Gigi                        Invoice Number 1568148
00001  Comerica Bank                               Page        2
31 DECEMBER 2014


                    TOTAL BALANCE DUE UPON RECEIPT              $39,941.50
                                                               ==============

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM          INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 09/14/2017

## ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923


Chet and Gigi Lemon                           Invoice Number  1568148
MCBG, LLC                                     Invoice Date    12/31/14
1544 Lane Park Cutoff                         Client Number   035901
Tavares, FL 32778                             Matter Number   00001
Attn: Gigi Lemon

-----------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK


        TOTAL AMOUNT OF THIS INVOICE              $2,100.00


PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:

                Arent Fox LLP
                P.O. Box 644672
                Pittsburgh, PA  15264-4672

WIRING INSTRUCTIONS (if applicable):

Bank:               PNC BANK
Address:            800 17th Street NW
                    Washington, DC 20006
ABA#:               031000053 (for Wires only)
ABA#:               054000030 (for ACH only)
SWIFT CODE:         PNCCUS33 (for international use)
Account #:          5559763933
Beneficiary Name:   Arent Fox LLP
Beneficiary Address: 1717 K Street, NW
                    Washington, DC 20006

Please reference the following:
                Client/Matter # 035901.00001
                Client Name    Lemon, Chet and Gigi
                Invoice Number  1568148


All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                          Invoice Number 1576990
MCBG, LLC                                    Invoice Date   01/30/15
1544 Lane Park Cutoff                        Client Number  035901
Tavares, FL 32778                            Matter Number  00001
Attn: Gigi Lemon

--------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  31 DECEMBER 2014

| Date | | Timekeeper | | Hours | Value |
|------|---|------|---|-------|-------|
| 12/09/14 | MS | FAWER | Review email from G. Soles; email to M. Pace. | .2 | 153.00 |
| 12/09/14 | MD | PACE | Various emails and calls | .5 | 375.00 |
| 12/16/14 | MD | PACE | Various matters related to elevator and other issues | .5 | 375.00 |
| 12/18/14 | MD | PACE | Discussion with GG Lemon | .5 | 375.00 |
| 12/22/14 | MD | PACE | Introduction and discussions with Sandton Capital re: financing | .5 | 375.00 |
| 12/23/14 | MD | PACE | Follow up with client and Sandton Capital | .5 | 375.00 |
| 12/29/14 | MD | PACE | Various emails regarding refinancing of Comerica | .5 | 375.00 |
| 12/30/14 | MS | FAWER | Review email from G. Lemon; exchange emails with M. Pace. | .2 | 153.00 |
| 12/31/14 | MS | FAWER | Exchange emails with G. Lemon. | .2 | 153.00 |
| 12/31/14 | MD | PACE | Various emails and calls re: Take out lender for Comerica | 2.0 | 1,500.00 |

TOTAL HOURS   5.6

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| MARK S. FAWER | .6 | at | $765.00 = | 459.00 |
| MATTHEW D. PACE | 5.0 | at | $750.00 = | 3,750.00 |
| TOTALS | 5.6 | | | 4,209.00 |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM     INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                    RECEIVED NYSCEF: 09/14/2017

035901  Lemon, Chet and Gigi                    Invoice Number 1576990
00001   Comerica Bank                           Page      2
30 JANUARY 2015

                    CURRENT FEES                              4,209.00

                    TOTAL AMOUNT OF THIS INVOICE            $4,209.00

                    PRIOR BALANCE DUE                      $39,941.50
                                                      ---------------

                    TOTAL BALANCE DUE UPON RECEIPT        $44,150.50
                                                      ===============

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM          INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                          RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                         Invoice Number 1576990
MCBG, LLC                                   Invoice Date   01/30/15
1544 Lane Park Cutoff                       Client Number  035901
Tavares, FL 32778                           Matter Number  00001
Attn: Gigi Lemon

--------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

TOTAL AMOUNT OF THIS INVOICE                $4,209.00

PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:

           Arent Fox LLP
           P.O. Box 644672
           Pittsburgh, PA  15264-4672

WIRING INSTRUCTIONS (if applicable):

Bank:                 PNC BANK
Address:              800 17th Street NW
                      Washington, DC 20006
ABA#:                 031000053 (for Wires only)
ABA#:                 054000030 (for ACH only)
SWIFT CODE:           PNCCUS33 (for international use)
Account #:            5559763933
Beneficiary Name:     Arent Fox LLP
Beneficiary Address:  1717 K Street, NW
                      Washington, DC 20006

Please reference the following:
           Client/Matter # 035901.00001
           Client Name     Lemon, Chet and Gigi
           Invoice Number  1576990

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

Case 1:18-cv-01550  Document 1  Filed 02/20/18  Page 39 of 81

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1582081
Invoice Date   02/27/15
Client Number  035901
Matter Number  00001

---

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  31 JANUARY 2015

| Date | Timekeeper | | | Hours | Value |
|------|-----------|--|--|-------|-------|
| 01/02/15 | MS | FAWER | Review Lender Commitment Letter; exchange emails with G. Lemon and M. Pace. | .3 | 240.00 |
| 01/05/15 | MD | PACE | Kennedy Funding and other matters regarding refinancing of Comerica | .5 | 392.50 |
| 01/06/15 | MS | FAWER | Review and markup Kennedy Funding Term Sheet. | .4 | 320.00 |
| 01/06/15 | MD | PACE | Various issues, emails and conversations re: refinancing opportunity | .5 | 392.50 |
| 01/07/15 | MS | FAWER | Attention to remaining open issues in Kennedy term sheet. | .4 | 320.00 |
| 01/07/15 | DM | BEY | Review and summarize Lender's second draft of the Loan Commitment highlighting changes from the initial Loan Commitment. | 1.9 | 760.00 |
| 01/08/15 | DM | BEY | E-mail client Loan Commitment Summary; conference call with client. | .3 | 120.00 |
| 01/08/15 | MD | PACE | Various matters related to refinancing agreement from Kennedy Funding | .5 | 392.50 |
| 01/09/15 | MD | PACE | Call with EHamburg and review emails regarding mark up | .5 | 392.50 |
| 01/16/15 | MD | PACE | Various matters including Mowrey Elevator release, etc. | .5 | 392.50 |
| 01/20/15 | MS | FAWER | Review revised term sheet and email G. Lemon with respect thereto. | .3 | 240.00 |
| 01/20/15 | MD | PACE | Review Revere commitment letter; discussions with Mark Fawer and with client | .5 | 392.50 |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM    INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                   RECEIVED NYSCEF: 09/14/2017

035901 Lemon, Chet and Gigi                    Invoice Number 1582081
00001  Comerica Bank                           Page     2
27 FEBRUARY 2015

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 01/21/15 | MS  FAWER | Exchange emails with M. Pace and conference with M. Pace; review term sheet. | .2 | 160.00 |
| 01/21/15 | MD  PACE | Discussions with client and with Mark Fawer re: Revere terms | .5 | 392.50 |
| 01/22/15 | MD  PACE | Conversations with client and emails to Comerica | .5 | 392.50 |
| | | TOTAL HOURS | 7.8 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| MARK S. FAWER | 1.6 | at $800.00 = | 1,280.00 |
| MATTHEW D. PACE | 4.0 | at $785.00 = | 3,140.00 |
| DEBORAH M. BEY | 2.2 | at $400.00 = | 880.00 |
| TOTALS | 7.8 | | 5,300.00 |

CURRENT FEES                                    5,300.00

TOTAL AMOUNT OF THIS INVOICE                    $5,300.00

PRIOR BALANCE DUE                              $44,150.50

TOTAL BALANCE DUE UPON RECEIPT                 $49,450.50

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM INDEX NO. 655850/2017
NYSCEF DOC. NO. 3 RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1582081
Invoice Date   02/27/15
Client Number  035901
Matter Number  00001

---------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**                     $5,300.00

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

            Arent Fox LLP
            P.O. Box 644672
            Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

Bank:                 PNC BANK
Address:              800 17th Street NW
                      Washington, DC 20006
ABA#:                 031000053 (for Wires only)
ABA#:                 054000030 (for ACH only)
SWIFT CODE:           PNCCUS33 (for international use)
Account #:            5559763933
Beneficiary Name:     Arent Fox LLP
Beneficiary Address:  1717 K Street, NW
                      Washington, DC 20006

Please reference the following:
            Client/Matter # 035901.00001
            Client Name     Lemon, Chet and Gigi
            Invoice Number  1582081

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM    INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                                RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1589989
Invoice Date   03/31/15
Client Number  035901
Matter Number  00001

----------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  28 FEBRUARY 2015

| Date | Timekeeper | | Hours | Value |
|------|------------|--|-------|-------|
| 02/04/15 | MS  FAWER | Review proposed First Amendment to Second Forbearance Agreement. | .2 | 160.00 |
| 02/04/15 | MD  PACE | Email to client re: email from Comerica regarding Revere. | .3 | 235.50 |
| 02/09/15 | MD  PACE | Review comments from Comerica; discuss with MFawer and forward to client. | .5 | 392.50 |
| 02/17/15 | MD  PACE | Conversation with client and emails from Comerica. | .5 | 392.50 |
| 02/24/15 | MS  FAWER | Review revised term sheet; exchange emails with G. Lemon. | .2 | 160.00 |
| | | TOTAL HOURS | 1.7 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| MARK S. FAWER | .4 | at  $800.00 = | 320.00 |
| MATTHEW D. PACE | 1.3 | at  $785.00 = | 1,020.50 |
| TOTALS | 1.7 | | 1,340.50 |

CURRENT FEES                                    1,340.50

TOTAL AMOUNT OF THIS INVOICE                   $1,340.50

PRIOR BALANCE DUE                             $49,450.50

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM
Case 1:18-cv-01550 Document 1 Filed 02/20/18 Page 43 of 81
INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 09/14/2017

035901 Lemon, Chet and Gigi                          Invoice Number 1589989
00001  Comerica Bank                                 Page      2
31 MARCH 2015


                    TOTAL BALANCE DUE UPON RECEIPT              $50,791.00
                                                               ===============

## ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                                  Invoice Number 1589989
MCBG, LLC                                            Invoice Date   03/31/15
1544 Lane Park Cutoff                                Client Number  035901
Tavares, FL 32778                                    Matter Number  00001
Attn: Gigi Lemon

--------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**                          $1,340.50

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

            Arent Fox LLP
            P.O. Box 644672
            Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

Bank:                 PNC BANK
Address:              800 17th Street NW
                      Washington, DC 20006
ABA#:                 031000053 (for Wires only)
ABA#:                 054000030 (for ACH only)
SWIFT CODE:           PNCCUS33 (for international use)
Account #:            5559763933
Beneficiary Name:     Arent Fox LLP
Beneficiary Address:  1717 K Street, NW
                      Washington, DC 20006

Please reference the following:
            Client/Matter # 035901.00001
            Client Name     Lemon, Chet and Gigi
            Invoice Number  1589989

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

NYSCEF DOC. NO. 3
RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

| | |
|---|---|
| Chet and Gigi Lemon | Invoice Number 1593931 |
| MCBG, LLC | Invoice Date   04/28/15 |
| 1544 Lane Park Cutoff | Client Number  035901 |
| Tavares, FL 32778 | Matter Number  00001 |
| Attn: Gigi Lemon | |

---------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:   31 MARCH 2015

| Date | Timekeeper | | | Hours | Value |
|------|------|------|---|------|-------|
| 02/26/15 | MD | PACE | Call with clients and discussions with MFawer re: Revere and SBA loan alternative | .5 | 392.50 |
| 02/27/15 | MD | PACE | Call with Gary Soles and follow up with MFawer | .5 | 392.50 |
| 03/03/15 | MD | PACE | Follow up email to client re: Comerica conversation and call with client | .5 | 392.50 |
| 03/25/15 | MD | PACE | Discussions and emails with client regarding refinancing deadline and plan | .5 | 392.50 |
| 03/27/15 | MS | FAWER | Confer with M. Pace re extending and modifying forbearance. | .2 | 160.00 |
| 03/27/15 | MD | PACE | Discussions with client and follow up with MFawer and Comerica re: refinancing | .5 | 392.50 |
| 03/30/15 | MD | PACE | Discussions with client; conference call with Gary Soles to discuss Revere and follow up | 1.0 | 785.00 |
| 03/31/15 | MS | FAWER | Conference with M. Pace. | .1 | 80.00 |
| 03/31/15 | MD | PACE | Discussions with client re: HomeBanc; discussion with HomeBanc re: interest in loan; follow up with MFawer and with Comerica | 1.0 | 785.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | ----- | |
| | | | TOTAL HOURS | 4.8 | |

TIMEKEEPER TIME SUMMARY

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM    INDEX NO. 655850/2017

NYSCEF DOC. NO. 3    RECEIVED NYSCEF: 09/14/2017

```
035901 Lemon, Chet and Gigi              Invoice Number 1593931
00001  Comerica Bank                     Page      2
28 APRIL 2015
```

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| MARK S. FAWER | .3 | at $800.00 = | 240.00 |
| MATTHEW D. PACE | 4.5 | at $785.00 = | 3,532.50 |
| TOTALS | 4.8 | | 3,772.50 |

```
              CURRENT FEES                                    3,772.50

              TOTAL AMOUNT OF THIS INVOICE                   $3,772.50

              PRIOR BALANCE DUE                             $50,791.00

              TOTAL BALANCE DUE UPON RECEIPT                $54,563.50
```

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM          INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                          RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                          Invoice Number 1593931
MCBG, LLC                                    Invoice Date   04/28/15
1544 Lane Park Cutoff                        Client Number  035901
Tavares, FL 32778                            Matter Number  00001
Attn: Gigi Lemon

---------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**            $3,772.50

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

          Arent Fox LLP
          P.O. Box 644672
          Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

Bank:                PNC BANK
Address:             800 17th Street NW
                     Washington, DC 20006
ABA#:                031000053 (for Wires only)
ABA#:                054000030 (for ACH only)
SWIFT CODE:          PNCCUS33 (for international use)
Account #:           5559763933
Beneficiary Name:    Arent Fox LLP
Beneficiary Address: 1717 K Street, NW
                     Washington, DC 20006

Please reference the following:
          Client/Matter # 035901.00001
          Client Name     Lemon, Chet and Gigi
          Invoice Number  1593931

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM     INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                       RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1600575
Invoice Date   05/15/15
Client Number  035901
Matter Number  00001

-------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  30 APRIL 2015

| Date | Timekeeper | | Description | Hours | Value |
|------|-----|------|-------------|-------|-------|
| 04/03/15 | MS | FAWER | Review email from G. Soles. | .2 | 160.00 |
| 04/03/15 | MD | PACE | Review communication from Gary Soles and discuss with client | .5 | 392.50 |
| 04/07/15 | MD | PACE | Comerica refinancing issues; discussion with client and discussions with MFawer | .5 | 392.50 |
| 04/08/15 | MD | PACE | Issues with Revere and Comerica. Discussions with client and emails to Comerica | .8 | 628.00 |
| 04/09/15 | MD | PACE | Emails and discussion with Comerica and client regarding Revere offer and refinancing | 1.0 | 785.00 |
| 04/14/15 | MD | PACE | Conversation with client and Comerica | .5 | 392.50 |
| 04/15/15 | MD | PACE | Discussions with client and follow up from Revere and review Revere commitment | .8 | 628.00 |
| 04/16/15 | MD | PACE | Discussion with client; discussions w Mark Fawer re: Revere commitment and communication with Comerica | .8 | 628.00 |
| 04/17/15 | MS | FAWER | Telephone call with G. Soles and M. Pace; telephone call wit G. Lemon. | .7 | 560.00 |
| 04/17/15 | MD | PACE | Call with Gary Soles and Mark Fawer and follow up with client | .8 | 628.00 |
| 04/20/15 | MS | FAWER | Conference with M. Pace. | .2 | 160.00 |
| 04/20/15 | MD | PACE | Call with Mark Fawer; call with clients and follow up with Revere | .8 | 628.00 |
| 04/22/15 | MS | FAWER | Conference call with Revere Capital. | .3 | 240.00 |
| 04/22/15 | MD | PACE | Conference call with Revere re: second lien for Comerica; follow up with client | .5 | 392.50 |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 09/14/2017

```
035901  Lemon, Chet and Gigi                        Invoice Number 1600575
00001   Comerica Bank                               Page      2
15 MAY 2015
```

```
Date       Timekeeper                                            Hours      Value
--------   ----------                                            -----      -----

04/27/15   MD  PACE           Conversation with client; discussions   1.0    785.00
                              with MFawer and email to Comerica
                                                                 -----
                                              TOTAL HOURS          9.4
```

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| MARK S. FAWER | 1.4 | at $800.00 = | 1,120.00 |
| MATTHEW D. PACE | 8.0 | at $785.00 = | 6,280.00 |
| TOTALS | 9.4 | | 7,400.00 |

```
                    CURRENT FEES                                 -------------
                                                                    7,400.00


FOR CHARGES:
    DUPLICATING SUMMARY                          5.20
                                            ------------
              TOTAL                               5.20

                                                                 -------------
                   CURRENT CHARGES                                       5.20

                   TOTAL AMOUNT OF THIS INVOICE                     $7,405.20

                   PRIOR BALANCE DUE                               $54,563.50
                                                                 --------------

                   TOTAL BALANCE DUE UPON RECEIPT                 $61,968.70
                                                                 ==============
```

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                           Invoice Number 1600575
MCBG, LLC                                     Invoice Date   05/15/15
1544 Lane Park Cutoff                         Client Number  035901
Tavares, FL 32778                             Matter Number  00001
Attn: Gigi Lemon

-------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**              $7,405.20

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

Bank:                  PNC BANK
Address:               800 17th Street NW
                       Washington, DC 20006
ABA#:                  031000053 (for Wires only)
ABA#:                  054000030 (for ACH only)
SWIFT CODE:            PNCCUS33 (for international use)
Account #:             5559763933
Beneficiary Name:      Arent Fox LLP
Beneficiary Address:   1717 K Street, NW
                       Washington, DC 20006

Please reference the following:
                  Client/Matter # 035901.00001
                  Client Name     Lemon, Chet and Gigi
                  Invoice Number  1600575

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                            RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1607901
Invoice Date   06/26/15
Client Number  035901
Matter Number  00001

-------------------------------------------------------------------------------

RE:  Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  31 MAY 2015

| Date | Timekeeper | | Description | Hours | Value |
|------|-----|-----|-------------|-------|-------|
| 05/05/15 | MS | FAWER | Conference call with M. Pace and G. Soles. | .3 | 240.00 |
| 05/05/15 | MD | PACE | Hour call with Gary Soles | .5 | 392.50 |
| 05/06/15 | MS | FAWER | Conference call with M. Pace, C. Lemon and G. Lemon. | .3 | 240.00 |
| 05/06/15 | MD | PACE | Call with Gary Soles and MFawer; follow up with MFawer; follow up with clients; email to Comerica for counter-offer | 1.0 | 785.00 |
| 05/07/15 | MS | FAWER | Review email from G. Soles. | .2 | 160.00 |
| 05/07/15 | MD | PACE | Review Comerica counter; discussions with Mark Fawer; discussions with client | .8 | 628.00 |
| 05/08/15 | MD | PACE | Discussion with client and MFawer | .5 | 392.50 |
| 05/11/15 | MD | PACE | Discussions with client | .5 | 392.50 |
| 05/12/15 | MD | PACE | Discussions with client; forward loan package information to Comerica | .5 | 392.50 |
| 05/19/15 | MD | PACE | Discussions with client; discussions with Comerica; emails and various matters regarding refinancing | .8 | 628.00 |
| 05/21/15 | MD | PACE | Discussions with Gary Soles and client re: Amendment to forbearance agreement | 1.0 | 785.00 |
| 05/22/15 | MD | PACE | Issues around Tax Certificate sale; discussions with client and with MFawer | .5 | 392.50 |
| 05/26/15 | MS | FAWER | Revise/supplement comments to First Amendment to Second Forbearance Agreement. | .2 | 160.00 |
| 05/26/15 | MD | PACE | Review amendment to forbearance agreement; discussion with client | 1.5 | 1,177.50 |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM    INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                     RECEIVED NYSCEF: 09/14/2017

```
035901  Lemon, Chet and Gigi                         Invoice Number 1607901
00001   Comerica Bank                                Page     2
26 JUNE 2015
```

| Date | Timekeeper | | Hours | Value |
|------|-----------|-----|------|------|
| 05/27/15 | MD PACE | Review, revise and distribute comments to Amendment to Forbearance Agreement; | 2.0 | 1,570.00 |
| 05/28/15 | CM AUSTIN | Conference regarding opinion; telephone call with Florida local counsel; review term sheet; follow up regarding local counsel. | .5 | 360.00 |
| 05/28/15 | MD PACE | Issues for Revere and Comerica closing with client; Prepare Schedule I for forbearance amendment | 1.5 | 1,177.50 |
| 05/28/15 | MD PACE | Review and respond to various emails related to Forbearance Agreement | .5 | 392.50 |
| 05/29/15 | CM AUSTIN | Review Engagement Letter; conference with M. Fawer and M. Pace; conference with client. | .4 | 288.00 |
| 05/29/15 | MD PACE | Conversations with client; emails to Comerica and conversations with Revere lawyer and MFawer | 1.0 | 785.00 |
| | | TOTAL HOURS | 14.5 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|-----|------|-----|------|
| MARK S. FAWER | 1.0 | at | $800.00 | = | 800.00 |
| MATTHEW D. PACE | 12.6 | at | $785.00 | = | 9,891.00 |
| CAROLYN M. AUSTIN | .9 | at | $720.00 | = | 648.00 |
| TOTALS | 14.5 | | | | 11,339.00 |

```
CURRENT FEES                                           11,339.00


TOTAL AMOUNT OF THIS INVOICE                          $11,339.00

PRIOR BALANCE DUE                                     $61,968.70


TOTAL BALANCE DUE UPON RECEIPT                        $73,307.70
```

INDEX NO. 655850/2017

RECEIVED NYSCEF: 09/14/2017

## ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1607901
Invoice Date   06/26/15
Client Number  035901
Matter Number  00001

-------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**              $11,339.00

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | PNC BANK |
| Address: | 800 17th Street NW |
| | Washington, DC 20006 |
| ABA#: | 031000053 (for Wires only) |
| ABA#: | 054000030 (for ACH only) |
| SWIFT CODE: | PNCCUS33 (for international use) |
| Account #: | 5559763933 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1717 K Street, NW |
| | Washington, DC 20006 |

Please reference the following:
Client/Matter # 035901.00001
Client Name    Lemon, Chet and Gigi
Invoice Number  1607901

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                         Invoice Number 1614542
MCBG, LLC                                   Invoice Date   07/29/15
1544 Lane Park Cutoff                       Client Number  035901
Tavares, FL 32778                           Matter Number  00001
Attn: Gigi Lemon

--------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  30 JUNE 2015

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 06/01/15 | MS FAWER | Conference with D. Bey. | .2 | 160.00 |
| 06/01/15 | DM BEY | [Revere Loan] Meet with M. Fawer to discuss loan; speak with Lender's counsel regarding loan; emails with G. Lemon regarding organizational documents. | .5 | 200.00 |
| 06/01/15 | MD PACE | Various issues with Revere and Comerica | 1.0 | 785.00 |
| 06/02/15 | DM BEY | [Revere Loan] Review dropbox and circulate due diligence items; emails with Lender and Lender's counsel regarding due diligence; review bylaws and closing checklist. | 1.0 | 400.00 |
| 06/02/15 | MD PACE | Sources and uses; Comerica comments to forbearance amendment and issues with Revere | 1.0 | 785.00 |
| 06/03/15 | MS FAWER | Conference call with G. Soles and M. Pace. | .2 | 160.00 |
| 06/03/15 | DM BEY | [Revere] Call with Lender and Lender's counsel; emails with G. Lemon; review loan documents. | 2.0 | 800.00 |
| 06/03/15 | MD PACE | Comerica forbearance issues; Revere loan issues; call with Comerica; call with client | 2.0 | 1,570.00 |
| 06/04/15 | DM BEY | [Revere Loan] Review loan documents; emails with M. Fawer and M. Pace; call with G. Lemon; emails with L. counsel regarding residential mortgage and due diligence items. | 2.0 | 800.00 |
| 06/04/15 | MD PACE | Various conversations and emails regarding refinancing and take out loan | 1.5 | 1,177.50 |

035901 Lemon, Chet and Gigi
00001  Comerica Bank
29 JULY 2015

Invoice Number 1614542
Page     2

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 06/05/15 | MS | FAWER | Telephone call with G. Lemon; conference with D. Bey. | .6 | 480.00 |
| 06/05/15 | DM | BEY | [Revere Loan] Meet with M. Fawer and M. Pace and conference with G. Lemon; multiple calls with Lender's counsel; call with G. Lemon; emails with title company regarding searches; review the mortgage and note; discuss subordination agreement. | 3.2 | 1,280.00 |
| 06/05/15 | MD | PACE | Meeting with MFawer and DBey; discussions with client; emails and discussions re: Revere and Comerica | 2.0 | 1,570.00 |
| 06/08/15 | DM | BEY | Call with G. Lemon; order searches for Lender; emails with Lender's counsel and title company; coordinate due diligence items; review guaranty and revised pledge agreement; emails regarding judgments on the residence | 3.5 | 1,400.00 |
| 06/08/15 | MD | PACE | Various correspondence with client and with AF lawyers re: Revere and Comerica | 1.0 | 785.00 |
| 06/09/15 | MS | FAWER | Review/revise markup of Note, Environmental Indemnity, Guaranty and Mortgage. | 1.7 | 1,360.00 |
| 06/09/15 | DM | BEY | Prepare for Revere Closing. Multiple calls with G. Lemon, B. Forbes and A. Lightsey regarding closing. Emails regarding $19K judgment; review and discuss Florida opinion; review org docs and good standings review loan documents; discuss subordination agreement with the BAS loan; follow up on searches; discuss mortgage recording tax; review loan documents. | 6.0 | 2,400.00 |
| 06/09/15 | MD | PACE | Revised agreement from Comerica; discussions with client; discussions with MFawer and DBey re: open issues and closing. | 1.5 | 1,177.50 |
| 06/10/15 | MS | FAWER | Attention to closing issues. | .2 | 160.00 |
| 06/10/15 | DM | BEY | Discuss judgment; review insurance with G. Lemon; discuss DACA; prepare organizational documents; discuss opinion with A. Lightsey; revise subordination agreement with BAS. | 3.8 | 1,520.00 |
| 06/10/15 | KC | GRANT | Order searches and good standing certificates; correspondence with corporate service company; regarding scope of searches; confer with D. Bey. | .9 | 279.00 |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM
NYSCEF DOC. NO. 3

INDEX NO. 655850/2017

RECEIVED NYSCEF: 09/14/2017

035901 Lemon, Chet and Gigi
C0001  Comerica Bank
29 JULY 2015

Invoice Number 1614542
Page      3

| Date | Timekeeper | | | Hours | Value |
|------|-----------|---|---|-------|-------|
| 06/10/15 | MD | PACE | Various issues in trying to close Revere loan and Comerica refinance. Discussions and emails with clients; DBey and MFawer; call with Comerica and review revisions to Forbearance Amendment | 2.0 | 1,570.00 |
| 06/11/15 | DM | BEY | Multiple calls with G. Lemon regarding DACA; status calls with B. Forbes regarding closing; review Lake County searches; review leases and service agreements at the property; review revised subordination agreement; discuss residential mortgage with A. Lightsey; discuss insurance with G. Lemon and B. Forbes. | 5.0 | 2,000.00 |
| 06/11/15 | MS | FAWER | Conference with D. Bey. | .2 | 160.00 |
| 06/11/15 | MD | PACE | Various issues for revere loan closing and correspondence with Comerica | .5 | 392.50 |
| 06/12/15 | DM | BEY | Emails regarding DACA; multiple status calls with Gigil; calls with title company regarding judgment; call with Lender's counsel regarding closing details. | 2.1 | 840.00 |
| 06/15/15 | DM | BEY | Work on and prepare for closing. | 1.1 | 440.00 |
| 06/15/15 | MD | PACE | Comerica issues and discussions and Revere emails and questions | .5 | 392.50 |
| 06/16/15 | MS | FAWER | Conference with D. Bey. | .2 | 160.00 |
| 06/16/15 | DM | BEY | Review settlement statement; all hands on call to discuss status of loan; review revised note; guaranty and environmental indemnity agreement; discussions re settlement of judgment. | 5.0 | 2,000.00 |
| 06/16/15 | MD | PACE | Various emails and phone conversations re; closing of Revere take out loan and Comerica pay down | 1.0 | 785.00 |
| 06/17/15 | DM | BEY | Prepare for closing. | 4.3 | 1,720.00 |
| 06/17/15 | MD | PACE | Review and revise Forbearance Amendment  discussions with client | 1.0 | 785.00 |
| 06/18/15 | DM | BEY | Prepare for closing. | 4.2 | 1,680.00 |
| 06/18/15 | MD | PACE | Finalize documents for closing and conversation with Comerica and client; finalize closing statement; conversations and emails with DBey re: closing | 1.0 | 785.00 |
| 06/19/15 | MS | FAWER | Conference with D. Bey. | .2 | 160.00 |
| 06/19/15 | DM | BEY | Prepare for closing. Conference call with counsel for BAS re subordination agreement; call with A. Lightsey. | 3.0 | 1,200.00 |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM   INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                    RECEIVED NYSCEF: 09/14/2017

```
035901 Lemon, Chet and Gigi                    Invoice Number 1614542
00001  Comerica Bank                           Page      4
29 JULY 2015
```

| Date | Timekeeper | | | Hours | Value |
|------|-----------|---|---|-------|-------|
| 06/19/15 | MD | PACE | Revere closing and Comerica issues; various emails and conversations with clients and with DBey and MFawer | 2.5 | 1,962.50 |
| 06/22/15 | DM | BEY | Call with G. Lemon regarding loan status; review and revise letter from G. Lemon to Revere re failure to fund. | 1.5 | 600.00 |
| 06/22/15 | MS | FAWER | Conference with D. Bey; review emails from G. Lemon and M. Pace. | .2 | 160.00 |
| 06/22/15 | MD | PACE | Revere issues and discussions with client and internal | .5 | 392.50 |
| 06/23/15 | MS | FAWER | Telephone call with G. Lemon; exchange emails with M. Pace and D. Bey. | .4 | 320.00 |
| 06/23/15 | DM | BEY | Multiple calls with G. Lemon regarding loan status. | .6 | 240.00 |
| 06/23/15 | MD | PACE | Various Revere/Comerica structuring issues and discussions; discussions with client; discussion with MFawer re: legal options vs. Revere and follow up with client | 1.0 | 785.00 |
| 06/24/15 | MD | PACE | Various conversations and discussions regarding Comerica and Revere | .5 | 392.50 |
| 06/25/15 | MD | PACE | Conversations with client; conversations with MFawer and email to Comerica | .8 | 628.00 |

```
                                            TOTAL HOURS    75.1
```

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|-----------|-------|---|------|---|-------|
| MARK S. FAWER | 4.1 | at | $800.00 | = | 3,280.00 |
| MATTHEW D. PACE | 21.3 | at | $785.00 | = | 16,720.50 |
| DEBORAH M. BEY | 48.8 | at | $400.00 | = | 19,520.00 |
| KERI C. GRANT | .9 | at | $310.00 | = | 279.00 |
| TOTALS | 75.1 | | | | 39,799.50 |

```
           CURRENT FEES                              39,799.50


FOR CHARGES:
   OVERNIGHT DELIVERY                      13.50
                                         -------------
                 TOTAL                    13.50

                                                     -------------
           CURRENT CHARGES                           13.50
```

Case 1:18-cv-01550 Document 1 Filed 02/20/18 Page 58 of 81

NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 09/14/2017

```
035901 Lemon, Chet and Gigi                      Invoice Number 1614542
00001  Comerica Bank                             Page        5
29 JULY 2015
```

|  | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $39,813.00 |
| PRIOR BALANCE DUE | $73,307.70 |
| | --------------- |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$113,120.70** |
| | =============== |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM          INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                         RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

| | |
|---|---|
| Chet and Gigi Lemon | Invoice Number  1614542 |
| MCBG, LLC | Invoice Date    07/29/15 |
| 1544 Lane Park Cutoff | Client Number   035901 |
| Tavares, FL 32778 | Matter Number   00001 |
| Attn: Gigi Lemon | |

--------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**              $39,813.00

**PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:**

          Arent Fox LLP
          P.O. Box 644672
          Pittsburgh, PA  15264-4672

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | PNC BANK |
| Address: | 800 17th Street NW |
| | Washington, DC 20006 |
| ABA#: | 031000053 (for Wires only) |
| ABA#: | 054000030 (for ACH only) |
| SWIFT CODE: | PNCCUS33 (for international use) |
| Account #: | 5559763933 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1717 K Street, NW |
| | Washington, DC 20006 |

Please reference the following:
          Client/Matter # 035901.00001
          Client Name    Lemon, Chet and Gigi
          Invoice Number  1614542

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                                                RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                              Invoice Number 1620420
MCBG, LLC                                        Invoice Date  08/31/15
1544 Lane Park Cutoff                            Client Number  035901
Tavares, FL 32778                                Matter Number  00001
Attn: Gigi Lemon

--------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  31 JULY 2015

| Date | Timekeeper | | Hours | Value |
|------|------------|--|-------|-------|
| 07/01/15 | MD | PACE | Discussions with client and follow up with Comerica | .8 | 628.00 |
| 07/08/15 | MD | PACE | Call with Gary Soles re: moving forward with Comerica proposal for client | .5 | 392.50 |
| 07/09/15 | MD | PACE | Email to client to follow up conversation with Comerica on Wednesday | .5 | 392.50 |
| 07/10/15 | MD | PACE | Issues regarding Comerica proposal | .5 | 392.50 |
| 07/14/15 | MD | PACE | Call with Gary Soles and follow up with client | .5 | 392.50 |
| 07/23/15 | MD | PACE | Call with Comerica lawyers to discuss forbearance and refinancing update. Follow up with client | .8 | 628.00 |
| 07/24/15 | MD | PACE | Communications with client and with Comerica | .3 | 235.50 |
| 07/29/15 | MD | PACE | Comerica/RC Lending update | .3 | 235.50 |

                                                                 -----
                                                     TOTAL HOURS   4.2

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| MATTHEW D. PACE | 4.2 | at  $785.00 = | 3,297.00 |
| TOTALS | 4.2 | | 3,297.00 |

CURRENT FEES                                                    -------------
                                                                3,297.00

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                                    RECEIVED NYSCEF: 09/14/2017

035901 Lemon, Chet and Gigi                        Invoice Number 1620420
00001  Comerica Bank                               Page       2
31 AUGUST 2015

TOTAL AMOUNT OF THIS INVOICE                    $3,297.00

PRIOR BALANCE DUE                             $113,120.70
                                              --------------

TOTAL BALANCE DUE UPON RECEIPT                $116,417.70
                                              ==============

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM    INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                    RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number  1620420
Invoice Date    08/31/15
Client Number   035901
Matter Number   00001

-----------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

TOTAL AMOUNT OF THIS INVOICE                    $3,297.00

PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:

        Arent Fox LLP
        P.O. Box 644672
        Pittsburgh, PA  15264-4672

WIRING INSTRUCTIONS (if applicable):

Bank:               PNC BANK
Address:            800 17th Street NW
                    Washington, DC 20006
ABA#:               031000053 (for Wires only)
ABA#:               054000030 (for ACH only)
SWIFT CODE:         PNCCUS33 (for international use)
Account #:          5559763933
Beneficiary Name:   Arent Fox LLP
Beneficiary Address: 1717 K Street, NW
                    Washington, DC 20006

Please reference the following:
                    Client/Matter # 035901.00001
                    Client Name    Lemon, Chet and Gigi
                    Invoice Number  1620420

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM          INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                    RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon
MCBG, LLC
1544 Lane Park Cutoff
Tavares, FL 32778
Attn: Gigi Lemon

Invoice Number 1635546
Invoice Date   10/30/15
Client Number  035901
Matter Number  00001

--------------------------------------------------------------------------------

RE:   Comerica Bank

FOR PROFESSIONAL SERVICES RENDERED THROUGH:  30 SEPTEMBER 2015

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 09/09/15 | MD | PACE | Review letter from Gary Soles; discuss options with clients | .5 | 392.50 |
| 09/10/15 | MD | PACE | Discussions with client regarding financing options and responses to RC Lending and Comerica Bank | .5 | 392.50 |
| 09/11/15 | MD | PACE | Review communication from Gary Soles; prepare and deliver response and discuss with client | 1.0 | 785.00 |
| 09/21/15 | MD | PACE | Call with Gary Soles re: Comerica and follow up with client | .8 | 628.00 |
| | | | TOTAL HOURS | 2.8 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| MATTHEW D. PACE | 2.8 | at  $785.00 = | 2,198.00 |
| TOTALS | 2.8 | | 2,198.00 |

CURRENT FEES                                       2,198.00

TOTAL AMOUNT OF THIS INVOICE                      $2,198.00

PRIOR BALANCE DUE                               $107,124.20

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM   INDEX NO. 655850/2017

NYSCEF DOC. NO. 3                                                      RECEIVED NYSCEF: 09/14/2017

035901  Lemon, Chet and Gigi                      Invoice Number  1635546
00001   Comerica Bank                             Page       2
30 OCTOBER 2015


                         TOTAL BALANCE DUE UPON RECEIPT              $109,322.20
                                                                    ===============

Case 1:18-cv-01550 Document 1 Filed 02/20/18 Page 65 of 81

035901 Lemon, Chet and Gigi
00001 Comerica Bank
30 OCTOBER 2015

Invoice Number 1635546
Page        3

SUMMARY OF ACCOUNTS RECEIVABLE:

| DATE | INV# | AMOUNT | CREDITS | BALANCE |
|------|------|--------|---------|---------|
| 08/28/14 | 1543877 | 14,351.50 | (8,911.00) | 5,440.50 |
| 09/30/14 | 1554181 | 2,928.00 | .00 | 2,928.00 |
| 10/23/14 | 1559279 | 5,295.00 | .00 | 5,295.00 |
| 11/19/14 | 1564369 | 14,884.50 | .00 | 14,884.50 |
| 12/31/14 | 1568148 | 2,100.00 | .00 | 2,100.00 |
| 01/30/15 | 1576990 | 4,209.00 | .00 | 4,209.00 |
| 02/27/15 | 1582081 | 5,300.00 | .00 | 5,300.00 |
| 03/31/15 | 1589989 | 1,340.50 | .00 | 1,340.50 |
| 04/28/15 | 1593931 | 3,772.50 | .00 | 3,772.50 |
| 05/15/15 | 1600575 | 7,405.20 | .00 | 7,405.20 |
| 06/26/15 | 1607901 | 11,339.00 | .00 | 11,339.00 |
| 07/29/15 | 1614542 | 39,813.00 | .00 | 39,813.00 |
| 08/31/15 | 1620420 | 3,297.00 | .00 | 3,297.00 |
| | | ============ | ============ | ============ |
| | | 116,035.20 | (8,911.00) | 107,124.20 |

FILED: NEW YORK COUNTY CLERK 09/14/2017 01:00 PM         INDEX NO. 655850/2017
NYSCEF DOC. NO. 3                                        RECEIVED NYSCEF: 09/14/2017

# ARENT FOX LLP

1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Chet and Gigi Lemon                    Invoice Number 1635546
MCBG, LLC                              Invoice Date   10/30/15
1544 Lane Park Cutoff                  Client Number  035901
Tavares, FL 32778                      Matter Number  00001
Attn: Gigi Lemon

------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

TOTAL AMOUNT OF THIS INVOICE                    $2,198.00

PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:

              Arent Fox LLP
              P.O. Box 644672
              Pittsburgh, PA  15264-4672

WIRING INSTRUCTIONS (if applicable):

Bank:                PNC BANK
Address:             800 17th Street NW
                     Washington, DC 20006
ABA#:                031000053 (for Wires only)
ABA#:                054000030 (for ACH only)
SWIFT CODE:          PNCCUS33 (for international use)
Account #:           5559763933
Beneficiary Name:    Arent Fox LLP
Beneficiary Address: 1717 K Street, NW
                     Washington, DC 20006

Please reference the following:
              Client/Matter # 035901.00001
              Client Name     Lemon, Chet and Gigi
              Invoice Number  1635546

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

# ATTORNEY-CLIENT FEE DISPUTE RESOLUTION PROGRAM

## Standards and Guidelines

Pursuant to Part 137 of the Rules of the Chief Administrator, Title 22 of the Official Compilations of Codes, Rules and Regulations of the State of New York, the following Standards and Guidelines are promulgated by the Board of Governors of the New York State Attorney-Client Fee Dispute Resolution Program ("Board") to implement the Attorney-Client Fee Dispute Resolution Program and Part 137.

## SECTION I  POLICY

It is the policy of the Appellate Divisions of the Supreme Court and the Board of Governors to encourage out-of-court resolution of fee disputes between attorneys and clients in fair, impartial and efficient programs established and administered by bar associations.

## SECTION 2  DEFINITIONS

A.  "Client" means a person or entity who receives legal services or advice from a lawyer on a fee basis in the lawyer's professional capacity.

B.  "Board" means the Board of Governors of the Attorney-Client Fee Dispute Resolution Program established under Part 137 of the Rules of the Chief Administrator.

C.  "Program" means the Attorney-Client Fee Dispute Resolution Program established under Part 137 and these Standards and Guidelines.

D.  "Local program" means a bar association-sponsored fee dispute resolution program approved by the Board.

E.  "Neutral" means a person who serves as an arbitrator or mediator in a local program under Part 137 and these Standards and Guidelines.

F.  "Approval" by the Board of Governors means, where so required by Part 137, recommendation by the Board of Governors with the approval of the appropriate Presiding Justice of the Appellate Division.

## SECTION 3      ORGANIZATIONAL FRAMEWORK

A.    Arbitration and mediation of fee disputes between attorneys and clients in New York State pursuant to Part 137 shall, to the extent practicable, take place through local programs.

B.    Local programs may provide fee dispute resolution services under Part 137 only if they have been duly approved to do so by the Board.

C.    A local program may be approved by the Board to provide fee dispute resolution services in more than one county.  One or more bar associations may combine to administer a joint local program in one or more counties.

D.    In a county where no local program exists, the office of the Administrative Judge of the Judicial District encompassing such county shall administer a program approved by the Board.

## SECTION 4      APPROVAL PROCESS

A.    In order to receive approval from the Board, a prospective local program must complete an approval form adopted by the Board and provide for the Board's review a written statement of rules and procedures for the proposed local program.

B.    The local program's written rules and procedures shall comply with Part 137 and these Standards and Guidelines and shall provide for a fair, impartial and efficient process for the resolution of attorney-client fee disputes.

C.    The following information must be provided in the approval form and/or in the local program's proposed rules and procedures submitted to the Board:

    1. Whether the local program proposes to charge filing fees; the amount, if any, it proposes to charge; and the local program's fee waiver policy, if any;

    2. Procedures governing the selection and assignment of neutrals consistent with section 8 of these Standards and Guidelines;

    3. A description of the local program's proposal to recruit, train and maintain a sufficient qualified pool of neutrals;

4. A contact person who will have responsibility for the administration of the local program, including the contact person's name, telephone and fax numbers, and business and e-mail addresses;

5. Copies of materials, if any, to be provided to clients and/or attorneys explaining the local program;

6. Copies of manuals or materials, if any, to be used in training neutrals; and

7. The local program's mediation rules and procedures, if applicable.

## SECTION 5          RESPONSIBILITIES OF LOCAL PROGRAMS

A.   Local programs shall be responsible for the day-to-day administration of the Program as set forth in section 137.4(b)(3) and these Standards and Guidelines.  Each local program shall designate a contact person to serve as liaison to, among others, the disputants, the public, the members of the bar, the Board of Governors and attorney disciplinary authorities.

B.   Local programs shall be responsible for determining that the fee dispute falls within the Program's jurisdiction in accordance with screening guidelines or protocols developed by the Board.  Any unresolved inquiries shall be referred promptly to the Board for final resolution.

C.   Local programs shall prepare a brief annual written report to the Board containing a statistical summary of fee dispute resolution activity and such other data as the Board may request. Local programs shall be responsible for maintaining a log of complaints made by members of the public, clients, attorneys or neutrals regarding the Program, local programs or their personnel, including neutrals.  Local programs shall advise the Board of Governors of all complaints in a timely manner, and the complaint log shall be available for review by the Board of Governors upon request.

D.   Fee dispute resolution proceedings shall be conducted on neutral sites such as local program premises, Unified Court System facilities and neutrals' offices; they shall not take place in the office of any interested party unless all parties consent in writing.

**SECTION 6        THE FEE DISPUTE RESOLUTION PROCESS**

A.    Unless the client has previously consented in writing to submit fee disputes to the fee dispute resolution process established by Part 137, arbitration under this Program shall be voluntary for the client.  Mediation under this Program shall be voluntary for the attorney and the client.

B.    Prior Written Agreements Between the Attorney and Client Under Section 137.2.

    1. Under section 137.2(b), the client may consent in advance to submit fee disputes to arbitration under Part 137.  To be valid on the part of the client, such consent must be knowing and informed.  The client's consent under section 137.2(b) shall be stated in a retainer agreement or other writing specifying that the client has read the official written instructions and procedures for Part 137, and the Board-approved written instructions and procedures for the local program designated to hear fee disputes between the attorney and client, and that the client consents to resolve fee disputes under Part 137.

    2. Under section 137.2(c), the attorney and client may consent in advance to submit to arbitration that is final and binding and not subject to a trial de novo.  To be valid on the part of the client, such consent must be knowing and informed and obtained in the manner set forth in section 6(B)(1) of these Standards and Guidelines, except that the retainer agreement or other writing shall also state that the client understands that he or she is waiving the right to reject an arbitration award and subsequently commence a trial de novo in court.

    3. Where an agreement to arbitrate exists between the attorney and client under either section 137.2(b) or (c), those provisions of section 137.6(a)(1) and (b) relating to the notice of client's right to arbitrate shall not apply and no further notice of the right to arbitrate shall be required. In this circumstance, section 137.6(a)(2) shall apply and either party may commence the dispute resolution process by filing a "request for arbitration" form with the local program designated to hear fee disputes between the attorney and client, together with a copy of the parties' agreement to arbitrate.

4

4. Under section 137.2(d), the attorney and client may consent in advance to final and binding arbitration in an arbitral forum other than one created under Part 137.  To be valid on the part of the client, such consent must be knowing and informed and must be obtained in a retainer agreement or other writing.  Arbitration in an arbitral forum outside Part 137 shall be governed by the rules and procedures of that forum.  The Board may maintain information concerning other established arbitral programs and shall provide contact information for such programs upon request.

5. Fee disputes may be referred to local programs by means not specifically described in Part 137, including but not limited to, attorney disciplinary authorities, bar associations, and employees, officers or judges of the courts.  In those situations, the local program contact person shall provide the client with information about the Program.

C.   Where the attorney fails to complete and return the "attorney fee response" within 15 days as required by section 137.6(d), the arbitrator or panel of arbitrators may in its discretion decline to accept the late fee response into evidence unless the attorney shows good cause for such failure.  If in accepting a late attorney fee response the arbitrator or panel of arbitrators determines that the late fee response prejudiced the client's ability to prepare for the hearing, the arbitrators may accord the late fee response whatever weight, if any, the arbitrators find it deserves.

## SECTION 7        BOARD OF GOVERNORS

A.   The Board shall have the power to interpret Part 137 and these Standards and Guidelines.

B.   The Board shall monitor the operation and performance of local programs to ensure their conformance with Part 137 and these Standards and Guidelines.

C.   The Board shall have the power to deny or revoke approval to local programs for failure to comply with Part 137 and these Standards and Guidelines or where the Board determines that the local program does not provide for a fair, impartial or efficient fee dispute resolution process.

The Board shall review and approve the appointment of neutrals for service in local programs under Part 137.  The Board shall remove neutrals from such service where they have failed to meet the requirements of Part 137.

D.  The Board shall maintain a list of approved local programs under Part 137, including information concerning each local program's rules and procedures.

E.  The Board shall submit an annual report to the Administrative Board of the Courts regarding the Program and containing recommendations designed to improve it.

F.  The Board shall take appropriate steps to educate and inform the public about the Program.

G.  The Board shall have the power to perform acts necessary for the effective operation of the Program and the implementation of Part 137 and these Standards and Guidelines.

H.  The Board may use any means of electronic communication, including e-mail, that is available to all members of the Board, for the purpose of proposing and adopting any resolution that could otherwise be raised at a meeting of the Board.  Unless and until the applicable law or rules provide otherwise, any resolution adopted by electronic voting will be reviewed at a subsequent meeting of the Board.

## SECTION 8     SELECTION AND ASSIGNMENT OF NEUTRALS

A.  Each local program shall establish procedures governing the selection and assignment of neutrals subject to approval by the Board to ensure that they provide for a fair, impartial and efficient fee dispute resolution process. Each local program shall maintain a list or lists of  Board approved neutrals, organized by area of practice, where appropriate.  When selecting a neutral, the local program shall select the next available neutral with appropriate experience for the proceeding in question.

B.  Unless otherwise approved by the Board:

1. Disputes involving a sum of less than $10,000 shall be submitted to one attorney arbitrator;

2. Disputes involving a sum of $10,000 or more shall be submitted to a panel of three arbitrators, which shall include at least one nonlawyer member of the public.

## SECTION 9     QUALIFICATIONS AND DUTIES OF ARBITRATORS

A.  Both lawyers and nonlawyers may serve as arbitrators.

B.  In recruiting arbitrators, local programs should make every effort to ensure that arbitrators represent a wide range of law practices and firm sizes, a diversity of nonlawyer professions within the community and a cross-section of the community.

C.  Prospective arbitrators shall submit a summary of credentials to the local program, copies of which the local program shall keep on record. Each local program shall forward to the Board of Governors a list of persons recommended for approval as arbitrators under Part 137 together with a summary of their credentials.

D.  Arbitrators shall be appointed by local programs pursuant to their rules and procedures, subject to approval by the Board of Governors to ensure that such arbitrators meet the requirements of Part 137.

E.  All arbitrators must sign a written oath or affirmation to faithfully and fairly arbitrate all disputes that come before them, which written oath or affirmation shall be kept on file by the local program.

F.  All arbitrators must conduct a conflict of interest check prior to accepting a case. A person who has any personal bias regarding a party or the subject matter of the dispute, a financial interest in the subject matter of the dispute, or a close personal relationship or financial relationship with a party to the dispute shall not serve as an arbitrator.  An arbitrator shall disclose any information that he or she has reason to believe may provide a basis for recusal.

G.  Arbitrators shall serve as volunteers; provided, however, that local programs may provide for reimbursement of arbitrators' expenses.

H.  In making an award, arbitrators shall specify in a concise statement the amount of and basis for the award.

I.   Arbitrators have a duty to maintain the confidentiality of all proceedings, hearings and communications conducted in accordance with Part 137, including all papers in the arbitration case file, except to the extent necessary in connection with ancillary legal action with respect to a fee matter.  Arbitrators should refer all requests for information concerning a fee dispute to the local program contact person.  Arbitrators shall not be competent to testify in a subsequent proceeding or trial de novo.

## SECTION 10      TRAINING OF ARBITRATORS

Arbitrators shall complete a minimum of six hours of fee dispute arbitration training approved by the Board.  The Board may take previous arbitration training and experience under consideration in determining whether the foregoing training requirement has been met; provided, however, that all arbitrators must complete a short orientation program designed to introduce them to Part 137's practices and procedures.  Arbitrators may be required to undergo periodic refresher courses.

## SECTION 11      MEDIATION

A.   Local programs may mediate fee disputes with the written consent of the attorney and client.

B.   Participation in mediation does not waive the right to arbitration under Part 137, nor does it waive the right to a trial de novo.

C.   Both lawyers and nonlawyers may serve as mediators.

D.   In recruiting mediators, local programs should make every effort to ensure that mediators represent a wide range of law practices and firm sizes, a diversity of nonlawyer professions within the community and a cross-section of the community.

E.   Mediators shall submit a summary of credentials to the local program, which the local program shall keep on record.

F.  Mediators shall complete Board-approved mediation training.  The Board may take previous mediation training and experience under consideration in determining whether the foregoing training requirement has been met; provided, however, that all mediators must complete a short orientation program designed to introduce them to Part 137's practices and procedures. Mediators may be required to undergo periodic refresher courses.

G.  The local program shall appoint mediators pursuant to its rules of procedure.  The attorney or client may challenge a mediator for cause.

H.  All mediators must sign a written oath or affirmation to faithfully and fairly mediate all disputes that come before them, which written oath or affirmation shall be kept on file by the local program.

I.  All mediators must conduct a conflict of interest check prior to accepting a case. A person who has any personal bias regarding a party or the subject matter of the dispute, a financial interest in the subject matter of the dispute, or a close personal relationship or financial relationship with a party to the dispute shall not serve as a mediator.  A mediator shall disclose any information that he or she has reason to believe may provide a basis for recusal.

J.  Mediators shall serve as volunteers; provided, however, that local programs may provide for reimbursement of mediators' expenses.

K.  A mediator may not serve as an arbitrator in a subsequent arbitration involving the parties to the mediation absent the parties' written consent.

L.  Mediators have a duty to maintain the confidentiality of the process, including all communications, documents and negotiations or settlement discussions between the parties and the mediator, except to the extent necessary in connection with ancillary legal action with respect to a fee matter.  Mediators should refer all requests for information concerning a fee dispute to the local program contact person.  Mediators shall not be competent to testify in any civil or administrative proceeding, including any subsequent fee arbitration or trial de novo, as to any statement, condition, or decision that occurred at or in conjunction with the mediation.

M.   During the mediation, upon any agreement of the parties, in whole or in part, the parties shall reduce such agreement to writing.  If no agreement is reached by the parties, the mediator shall, in a manner consistent with section 11(L), so inform the local program contact person in writing, and the dispute will be referred for arbitration.

## SECTION 12        TRIAL DE NOVO

A.   A party aggrieved by the arbitration award may commence an action on the merits of the fee dispute in a court with jurisdiction over the amount in dispute within 30 days after the arbitration award has been mailed.  If no action is commenced within 30 days of the mailing of the arbitration award, the award shall become final and binding.

B.   Each local program shall adopt procedures designed to ensure that a party provides notice to the local program when the party commences an action for de novo review.

C.   Any party who fails to participate in the arbitration hearing shall not be entitled to a trial de novo absent good cause for such failure to participate.

D.   Arbitrators shall not be called as witnesses, nor shall the arbitration award or record of the proceedings be admitted in evidence at the trial de novo.

## SECTION 13        ENFORCEMENT

A.   In the event that an attorney does not comply with the arbitration award, the local program may appoint an attorney pro bono to assist the client with enforcement of the award.  In such an event, the local program contact person shall first write to inform the client's attorney of the obligation to comply with the award and of the local program's policy, if any, of appointing an attorney to assist the client pro bono.

## SECTION 14        FEE DISPUTE RESOLUTION FORMS

A.   The following forms are intended to assist in the timely processing of fee arbitration matters.  The Board shall develop and disseminate these forms to local programs.

    1.  Notice of Client's Right to Arbitrate

    2.  Request for Arbitration

    3.  Attorney Response

    4.  Written Instructions and Procedures for Part 137

    5.  Client Consent to Resolve Fee Disputes Under Part 137.2(b)

    6.  Consent to Waive Trial De Novo under Part 137.2(c)

    7.  Consent to Final and Binding Arbitration in an Arbitral Forum Outside Part 137 under Part 137.2(d)

    8.  Arbitration Award

    9.  Agreement to Mediate

    10. Neutral's Oath

**SECTION 15.        CORRESPONDENCE**

All written requests and correspondence to the Board may be sent to:

Board of Governors
Attorney-Client Fee Dispute Resolution Program
c/o UCS State ADR Office
25 Beaver Street, 8th Floor
New York, New York 10004


Or By email to:
feedispute@nycourts.gov

January 31, 2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------- x

ARENT FOX LLP,

                                         Plaintiff,

                - against -

MCBG, LLC, CHET LEMON & GIGI
LEMON,

                             Defendants.

Index No. 655850/2017

**NOTICE OF
COMMENCEMENT OF
ACTION SUBJECT TO
ELECTRONIC FILING;
SUMMONS & VERIFIED
COMPLIANT WITH
EXHIBITS**

-------------------------------------------------------------- x

STATE OF FLORIDA      )
                            ss:
COUNTY OF LAKE     )

**JAMES MEWBORNE,** being duly sworn, deposes and says:

1. I am over 18 years of age and employed by the Investigations Division of

T&M Protection Resources, LLC ("T&M") located at 230 Park Avenue,

Suite 440, New York, NY.  T&M is a licensed Private Investigator in

New York, New Jersey, and Florida.  I am fully familiar with all the facts

set forth herein, based on either personal knowledge and review of the

1

evidence referred to or based on reviewing reports and conferring with supervisors working for T&M.

2. T&M was engaged to initially locate and subsequently serve process on MCBG, LLC, Chet Lemon & Gigi Lemon (the "Defendants") who were believed to reside at 38150 Timberlane Drive, Umatilla FL 33446. Prior to conducting physical attempts at service, T&M conducted extensive database research to confirm the 38150 Timberlane Drive address as the Defendant's residence.  This research yielded positive results regarding the location being the residence of the Defendants.

3. On January 19, 2018 at approximately 12:50 PM, I responded to the 38150 Timberlane Drive residence in Umatilla Florida and knocked firmly on the front door.  An African American woman recognized in the photo attached to this affidavit as Gigi Lemon answered the door.  This same woman, who was approximately 55 (fifty-five) years of age and 5'9" tall, confirmed that she was Gigi Lemon.

4. The Defendant, Gigi Lemon, was served with multiple copies of the Notice of Commencement of Action Subject to Electronic Filing, and the Summons and Verified Complaint with Exhibits.  Gigi Lemon was questioned as to the whereabouts of Chet Lemon to which she responded;

2

"he is home, but is sick in bed with the flu and cannot come to the door".

The Defendant accepted all documents served upon her and I departed the location.

James Mewborne

Subscribed and sworn to before me this 30ᵗʰ day of JANUARY , 2018

Notary Public

WILLIAM PATRICK CHANDLER
MY COMMISSION # FF973421
EXPIRES April 05, 2020
(407) 388-0153      FloridaNotaryService.com

3